## 24510. SMITH v. THE STATE.

MACINTYRE, J. Bob Smith was indicted for assault with intent to rape and convicted of assault and battery. If believed by the jury, the testimony of the alleged victim fully warranted the verdict. It was sought to impeach her testimony by disproving it, by contradictory statements, and by proof of bad character. There was evidence tending to corroborate her testimony, and certain witnesses testified to her general good character. *Held*, that it was for the jury to determine whether or not the State's witness had been impeached. The evidence supported the verdict, and this court can not, under the law, say that the trial judge erred in overruling the motion for a new trial based solely upon the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 8, 1935.

*Brackett & Drennan,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.

## 24540. BRACKETT v. CITY OF ATLANTA.

BROYLES, C. J. 1. The constitutional issues attempted to be raised in this case were presented for the first time in the petition for certiorari, and therefore the assignments of error based thereon could not be considered by the superior court or reviewed by this court. *Bolton* v. *City of Newnan,* 147 *Ga.* 400 (94 S. E. 236).

2. Under the facts of the case, as disclosed by the record, it does not appear that the judge of the superior court abused his discretion in overruling the exceptions and traverses to the answer filed to the petition for certiorari, or in subsequently overruling the certiorari.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 8, 1935.

*Brackett & Drennan,* for plaintiff in error.

*J. L. Mayson, C. S. Winn, J. C. Savage,* contra.